# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MOUNTAINLAND SUPPLY, LLC and MOUNTAIN STATES SUPPLY, LLC,

Plaintiff(s),

v.

AB&I FOUNDRY, et al.

Defendant(s).

Case No: 3:13-cv-05310-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Wayne A. Mack, an active member in good standing of the bar of The State of Pennsylvania, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs Mountainland Supply LLC, et al., in the above-entitled action. My local co-counsel in this case is Eric J. Sinrod, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Duane Morris LLP<br>30 South 17th St.<br>Philadelphia, PA 19103 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Duane Morris LLP<br>One Market Plaza, Spear Tower, Suite 2200<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>215-979-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-957-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>WAMack@DuaneMorris.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>EJSinrod@duanemorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46654.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/6/2014

APPLICANT
Wayne A. Mack

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Wayne A. Mack is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 2/10/14

UNITED STATES DISTRICT JUDGE
Judge Edward M. Chen

APPROVED

PRO HAC VICE APPLICATION & ORDER



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Wayne A. Mack, Esq.

**DATE OF ADMISSION**

*November 12, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 14, 2014

Patricia A. Johnson
Chief Clerk